UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Sears,<br><br>                    Plaintiff,<br><br>        v.<br><br>City of Oroville, et al.,<br><br>                    Defendants. | No. 2:22-cv-01624-KJM-KJN<br><br>ORDER |

On February 9, 2023, the court ordered plaintiff's counsel to show cause within seven days why the court should not impose monetary sanctions for failure to meet and confer with opposing counsel in compliance with the court's standing order. Order to Show Cause at 2, ECF No. 16. Plaintiff's counsel timely responded to the order to show cause. Response, ECF No. 18. In the response, counsel explains the reason for their failure to meet and confer with opposing counsel and acknowledge their duty to do so. The court finds the response is sufficient to discharge the order to show cause.

Accordingly, the **order to show cause (ECF No. 16) is discharged**.

IT IS SO ORDERED.

DATED: March 2, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1